

**FILED**

JAN 2 6 2021

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DJMJ INVESTMENTS, LLC a/k/a BROOKS WEISBLAT,<br><br>                 Plaintiff,<br><br>vs.<br><br>MCLAREN AUTOMOTIVE, INC., a Foreign Profit Corporation,<br><br>                 Defendant. | No. CV 20-86-H-SEH<br><br>**ORDER** |

This case was filed in Montana state court (First Judicial District Court, Lewis and Clark County, Cause Number CDV-2020-1798) on October 20, 2020, and removed to this Court by Defendant on November 24, 2020.

1.    The state court Complaint identifies Brooks Weisblat as an individual residing in Helena, Montana. DJMJ Investments, LLC is described as "a domestic limited liability company with a mailing address of P.O. Box 1840, Helena,

Montana 59624."[1]

2. Defendant McLaren Automotive, Inc. is identified in the Notice of Removal as a corporation incorporated in Delaware with its principal place of business in Texas.

3. Removal to this Court was on diversity of citizenship and federal question grounds.

4. Brooks Siegel, Esq., ("Siegel") is identified as counsel of record for Plaintiff in the Montana state court case.

5. Records of the State Bar of Montana identify Siegel as having been admitted to practice in Montana on September 27, 2017. He is not admitted to the bar of the United States District Court for the District of Montana, and absent admission to this Court, cannot be recognized as counsel of record for Plaintiff.

ORDERED:

1. Unless an appearance as counsel of record for Plaintiff in this case is made on or before 4:45 p.m. on Friday, February 5, 2021, by an attorney admitted and in good standing with the State Bar of Montana, and duly admitted to practice in this Court, Defendant may file a motion and supporting brief, seeking involuntary dismissal of the case under Federal Rule Civil Procedure 41(b). If

---

[1] Doc. 9 at 1.

such a motion is filed, it will receive merit consideration and resolution by the Court.

2. The clerk is directed to serve a copy of this Order on Siegel at the address provided on the Complaint.

DATED this 26th day of January, 2021.

*Sam E Haddon*
SAM E. HADDON
United States District Judge