# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DJMJ INVESTMENTS, LLC a/k/a BROOKS WEISBLAT,<br><br>Plaintiff,<br><br>vs.<br><br>MCLAREN AUTOMOTIVE, INC., a Foreign Profit Corporation,<br><br>Defendant. | No. CV 20-86-H-SEH<br><br>**ORDER** |

The parties having filed a Stipulation of Dismissal With Prejudice,[1]

ORDERED:

This case is dismissed with prejudice, each party to bear its own costs.

DATED this 1st day of July, 2021.

SAM E. HADDON
United States District Judge

---

[1] Doc. 21.